Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
JOHN KACZMARCZYK

# IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| JOHN KACZMARCZYK | Case No.: 1:09-cv-01147-LJO-GSA |
| Plaintiff, | |
| vs. | **VOLUNTARY DISMISSAL** |
| NCO FINANCIAL SYSTEMS, INC, | |
| Defendant. | |

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, JOHN KACZMARCZYK, by and through his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, NCO FINANCIAL SYSTEMS, INC (Defendant), in this case.

Dated: October 8, 2009                    KROHN & MOSS, LTD.


                                          By: /s/ Michael S. Agruss

                                          Michael S. Agruss

                                          Attorney for Plaintiff,
                                          JOHN KACZMARCZYK