UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KACZMARCZYK, | CASE NO. CV-F-09-1147 LJO GSA |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC. | |
| Defendant. | |

On October 8, 2009, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:  October 13, 2009**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE